**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| K AND J FASHION CO. LTD,<br><br>                   Plaintiff,<br><br>v.<br><br>FRAGMENTS HOLDING LLC,<br><br>                   Defendant. | Civil Action No. 19-CV-198 (VSB)<br><br><br>**JOINT LETTER** |

Plaintiff K AND J FASHION CO. LTD. (the "Plaintiff") and Defendant FRAGMENTS HOLDING LLC (the "Defendant") through their undersigned counsels submit this joint letter requesting a forty-five (45) day adjournment of the discovery schedule. Counsel for both parties have met and conferred and believe that additional time is needed for the parties to schedule and complete depositions, including the Plaintiff's witnesses who are located in China and Defendant's witnesses. This is the first request for an extension of the discovery schedule.

Dated: August 8, 2019

/s/ Sanghoon Shon
Sanghoon Shon, Esq.
Wong, Wong & Associates, P.C.
*Attorneys for Plaintiff*
150 Broadway, Suite 1588
New York, N.Y. 10038

Dated: August 8, 2019

/s/ Jared H. Louzon
Jared H. Louzon, Esq.
Lazarus & Lazarus, P.C.
*Attorneys for Defendant*
240 Madison Avenue
New York, N.Y. 10016