UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
K AND J FASHION CO. LTD.,                    :
:
                            Plaintiff,   :
                                      :            19-CV-198 (VSB)
            -against-    :
                                      :                **ORDER**
FRAGMENTS HOLDING LLC,                      :
:
                            Defendant.  :
:
---------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019
```

VERNON S. BRODERICK, United States District Judge:

On December 13, 2019, I held an order to show cause hearing on the application of Wong, Wong & Associates, P.C. (the "Wong Firm"), counsel for Plaintiff, to withdraw from this matter. Accordingly, as discussed on the record, it is hereby:

ORDERED that the motion of the Wong Firm to withdraw as counsel for Plaintiff is GRANTED.

IT IS FURTHER ORDERED that this action is stayed for thirty (30) days to allow Plaintiff to seek and retain new counsel. Plaintiff is advised that because a corporation may not proceed pro se, failure to retain counsel may result in dismissal of this action for failure to prosecute.

IT IS FURTHER ORDERED that if Plaintiff proceeds with this action, the Wong Firm is granted leave to file a motion for a charging or retaining lien at a later date, to the extent allowed by applicable law.

IT IS FURTHER ORDERED that the Wong Firm is directed to serve a copy of this Order on Plaintiff by e-mail and by WeChat.

SO ORDERED

Dated: December 16, 2019
New York, New York

Vernon S. Broderick
United States District Judge