```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
K AND J FASHION CO. LTD.,                                   :
                                                            :
                            Plaintiff,                      :
                                                            :           19-CV-198 (VSB)
              -against-                                     :
                                                            :                 ORDER
FRAGMENTS HOLDING LLC,                                      :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2021

VERNON S. BRODERICK, United States District Judge:

On December 16, 2019, I stayed this action for 30 days to allow Plaintiff to seek and retain new counsel, and I advised Plaintiff that "failure to retain counsel may result in dismissal of this action for failure to prosecute." (Doc. 49.) Because there had been no movement or notice in this action since that stay, on July 21, 2021, I ordered Plaintiff to explain to me why this action should not be dismissed for failure to prosecute. (Doc. 51). Plaintiff never responded. Accordingly, it is hereby

ORDERED that this action is dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to close this action.

SO ORDERED.

Dated: August 13, 2021
      New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge